The judgment is reversed and the cause remanded.

On State's Motion for Rehearing

DAVIDSON, Judge.

The state's challenge of the correctness of our original conclusion is founded upon the general proposition that the acts and conduct of the appellant toward the de-ceased were such as to show an unauthorized and illegal attempt by appellant to arrest him, and that such action deprived the appellant of his perfect right of self-defense.

■ We are not in disagreement with the state as to the principle of law involved, but our disposition is based upon the proposition that the facts relied upon to show a forfeiture of appellant's right of self-defense should have been submitted to the jury, under appropriate instructions. In other words, we are unable to say that the trial court was authorized to conclude that the facts showed a forfeiture, as a matter of law.

We remain convinced that a correct conclusion was reached by us originally.

The state's motion for rehearing is overruled.

Joseph ASBERRY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27596.

Court of Criminal Appeals of Texas.

May 11, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is transporting liquor in a dry area; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed